**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sait Kurmangaliyev, PLAINTIFF | CASE NUMBER: CV 25-10172-AH(BFMx) |
| v. Bosley Medical Group, PC. DEFENDANT | **JUDGMENT** JS-6 |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on September 17, 2026 as docket number 50 (the "Offer of Judgment"), judgment is hereby entered for

PLAINTIFF in the amount of Two Thousand Dollars and zero cents ($2,000.00)

and against

Defendants

according to the terms set forth in the Offer of Judgment.

Date: SEPTEMBER 28, 2026

By: Yolanda Skipper
Deputy Clerk